IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| JESSE AARON FRABEL | : | CASE NO: 16-62506 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | NOTICE OF FINAL CURE PAYMENT |

**************************************************************************

According to Bankruptcy Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan:

**Part 1: Mortgage Information**

Creditor Name: **US BANK TRUST NA**
Court Claim number: **003A**
Last 4 digits of any number used to identify the debtor's account: **4662/arrears**
Property Address:

**Part 2: Cure Amount**

Total cure disbursements made by the Trustee:

    a. Allowed prepetition arrearage: (a) $8,442.00
    **b.** Prepetition arrearage paid by the Trustee: **(b) $8,442.00**
    c. Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): (c) $0.00
    d. Amount of post-petition fees, expenses and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the Trustee: **(d) $0.00**
    e. Allowed post-petition arrearage: (e) $0.00
    **f.** Post-petition arrearage paid by the Trustee: **(f) $0.00**

    g. **TOTAL.** Add lines b, d, and f. **(g) $8,442.00**

**Part 3: Post-petition Mortgage payment**

X       Mortgage is paid through the Trustee.
         Current monthly mortgage payment:   **$352.56**
         Next post-petition payment is due on:   **MAY 2019**

         Mortgage is paid directly by the debtor(s).

**Part 4: A Response is Required by Bankruptcy Rule 3002.1(g)**

   Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the Trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

   To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich, Chapter 13 Trustee
200 Market Avenue North, Suite LL30
Canton, OH 44702
Phone: (330) 455-2222
Fax:     (330) 754-6133
dlsk@chapter13canton.com

# CERTIFICATE OF SERVICE

I certify that on March 27, 2019, a true and correct copy of the notice was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

JOHN R BATES on behalf of JESSE AARON FRABEL, debtor, at batesfirm@gmail.com

And by regular U.S. mail, postage prepaid, on:

JESSE AARON FRABEL
558 2ND ST NW
CARROLLTON, OH 44615

US BANK TRUST NA
c/o BSI FINANCIAL SERVICES INC
1425 GREENWAY DR, STE 400
IRVING, TX 75038

US BANK TRUST NA
c/o BSI FINANCIAL SERVICES INC
PO BOX 679002
DALLAS, TX 75267-9002

U.S. Trustee

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich, Chapter 13 Trustee